**UNITED STATES of America,**
**Appellee,**

**v.**

**Waliek BETTS, aka Leek, aka Sealed Defendant # 6, Defendant–Appellant,**

**Cory Edwards, aka Wiggles, aka Sealed Defendant # 1 et al., Defendants.**

**No. 11–5138–cr.**

United States Court of Appeals, Second Circuit.

June 19, 2013.

Paul D. Silver (John M. Katko, on the brief), Assistant United States Attorneys, for Richard S. Hartunian, United States Attorney for the Northern District of New York, Albany, NY, for Appellee.

James P. Egan (Lisa A. Peebles, on the brief), Federal Public Defender's Office, Syracuse, NY, for Defendants–Appellant.

Present: ROBERT A. KATZMANN, BARRINGTON D. PARKER, JR., Circuit Judges, WILLIAM F. KUNTZ, II, District Judge.*

### SUMMARY ORDER

Defendant–Appellant Waliek Betts appeals from an order of the United States District Court for the Northern District of New York (Mordue, *J.*) dated November 16, 2011. In that order, the district court refused to reduce Betts's sentence under 18 U.S.C. § 3582(c)(2) to a term of imprisonment that fell below his amended guideline range. We affirm for the reasons set forth in *United States v. Clifton Stith*, 11–4933–cr (2d Cir. May 30, 2013).

---

* The Honorable William F. Kuntz, II, of the United States District Court for the Eastern

We have considered the Defendant–Appellant's remaining arguments and find them to be without merit. For the reasons stated herein, the judgment of the district court is **AFFIRMED**.